SKOWRONSKI, Respondent, v. LEVERGOOD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Paul Skowronski against Charles H. Levergood and another.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment is

modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

McLENNAN, P. J., and ROBSON, J., vote for reversal.